IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 7 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01409-BNB

ROBERT G. ROAM,

     Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION, U.S.A.,

     Defendant.

---

## ORDER TO CURE DEFICIENCY

---

Pursuant to the Court's July 5, 2007, Order to Cure Deficiency, Plaintiff Robert

G. Roam has submitted a proper Court-approved Complaint form and a proper Court-

approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form.

Nonetheless, Plaintiff has failed to have the Motion notarized as he is directed to do in

the form.  In the alternative, Plaintiff pursuant to 28 U.S.C. § 1746 may elect to provide

an unsworn declaration under penalty of perjury to attest to the truthfulness of his

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  An unsworn

declaration must follow the format set forth in § 1746(1).

     The Clerk of the Court is instructed to send to Plaintiff a Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915 form so that he may properly certify the

Motion by either having the Motion notarized or by attaching an unsworn declaration to

the form pursuant to § 1746(1).  Plaintiff is directed to complete and notarize or swear

to the Motion and submit the Motion to the Court within thirty days of the date of the

instant Minute Order. If Plaintiff fails to file the Motion within thirty days the Complaint

and action will be dismissed without further notice. Accordingly, it is

ORDERED that Mr. Roam cure the deficiency identified in this Order **within**

**thirty days from the date of this Order.** It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Roam, together

with a copy of this Order, two copies of the Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Mr. Roam fails to cure the deficiency identified in

this Order within the time allowed, the action will be dismissed without further

notice. It is

FURTHER ORDERED that the Clerk of the Court is instructed to send to Plaintiff

a copy of 28 U.S.C. § 1746.

DATED at Denver, Colorado, this 26th day of July, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-01409-BNB

Robert G. Roam
PO Box 45
Model, CO 81059

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a copy of 28 U.S.C. § 1746** to the above-named individuals on___7/27/07___

GREGORY C. LANGHAM, CLERK

By_____
Deputy Clerk