**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01409-AP

ROBERT G. ROAM,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, in his capacity as the Commissioner of the Social Security Administration,

    Defendant.

**ORDER RE: UNOPPOSED MOTION TO TRANSFER VENUE**

The Court, having considered Defendant's Unopposed Motion to Transfer Venue (Doc. 21), and finding good cause therefore, hereby orders that this case be transferred to the United States District Court for the Western District of Washington. The parties are relieved from all prior Orders of this Court, including the Order setting a deadline to file a Briefing Schedule in this Case. Doc. 16.

Dated this 15th day of November, 2007.

                BY THE COURT:

                *S/John L. Kane*
                United States District Court